

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00600-CV

**IN THE INTEREST OF R.G.** Jr., A.A.V., A.A.V., A.G.V., and L.G., Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02312
Honorable Martha B. Tanner, Judge Presiding[1]

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's termination order is AFFIRMED.

We order that no costs be assessed against appellant Mother because she indigent.

SIGNED March 14, 2018.

_____
Marialyn Barnard, Justice

---

[1] The Honorable Karen H. Pozza is the presiding judge of the 407th Judicial District Court, Bexar County, Texas. The Honorable Martha B. Tanner, retired, was sitting by assignment.